# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARAONA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01448-DAD-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS DOE 1 AND JANE DOE NURSE FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 16, 2022, the assigned District Judge ordered that this action proceed on Plaintiff's first amended complaint (and supplement to the first amended complaint) on the following claims: (1) use of excessive force in violation of the Eighth Amendment against Defendants Baraona, Burneszki, Leos, Hernandez, Diaz, and Doe 1; (2) sexual assault in violation of the Eighth Amendment against Defendant Leos; and (3) failure to protect in violation of the Eighth Amendment against Defendants A. Ruiz, Martinez, E. Ruiz, Meiers, Gutierrez, A. Cruz, Cronister, and Jane Doe Nurse. (ECF No. 16.) By separate order, the Court has directed service of the complaint on all Defendants except Defendants Doe 1 and Jane Doe Nurse.

At this time, the Court does not find service appropriate for Defendants Doe 1 and Jane Doe Nurse because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court

orders the U.S. Marshal to serve Defendants Doe 1 and Jane Doe Nurse, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff identifies Defendants Doe 1 and Jane Doe Nurse for service, he should file a motion to substitute the identities of Defendants Doe 1 and Jane Doe Nurse in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendants Doe 1 and Jane Doe Nurse. However, if Plaintiff fails to identify Defendants Doe 1 and Jane Doe Nurse, then any unidentified defendant(s) will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants Doe 1 and Jane Doe Nurse that provides the Court with enough information to locate them for service of process; and

2. **The failure to comply with this order will result in dismissal of the unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   **March 17, 2022**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE