| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>             Plaintiff,<br><br>    v.<br><br>BARAONA, *et al.*,<br><br>             Defendants. | Case No.  1:21-cv-01448-DAD-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY DEFENDANTS MARTINEZ, MEIERS, AND A. CRUZ SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE<br><br>(ECF No. 24) |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Baraona, Burneszki, Leos, Hernandez, Diaz, and Doe 1 for excessive force in violation of the Eighth Amendment; (2) Defendant Leos for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, Martinez, E. Ruiz, Meiers, Gutierrez, A. Cruz, K. Cronister, and Jane Doe Nurse for failure to protect in violation of the Eighth Amendment.

On March 17, 2022, the Court issued an order directing service on Defendants Baraona, Burneszki, Leos, Hernandez, Diaz, A. Ruiz, Martinez, E. Ruiz, Meiers, Gutierrez, A. Cruz, and K. Cronister in this case under the Court's E-Service pilot program for civil rights cases for the Eastern District of California.  (ECF No. 17.)  However, on April 21, 2022, the Court received

information that Defendants Martinez, Meiers, and A. Cruz could not be identified.

On April 22, 2022, the Court issued an order for Plaintiff to show cause why Defendants Martinez, Meiers, and A. Cruz should not be dismissed from this action under Federal Rule of Civil Procedure 4(m) for failure to provide sufficient information to effectuate service. (ECF No. 24.) On May 4, 2022, Plaintiff filed a response to the show cause order providing additional identifying information for the three unserved defendants. (ECF No. 28.)

In light of Plaintiff's response, the order to show cause, (ECF No. 24), is HEREBY DISCHARGED. By separate order, the Court will order a second E-Service attempt on Defendants Martinez, Meiers, and A. Cruz based on the additional information provided.

IT IS SO ORDERED.

Dated: **May 5, 2022**             /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2