1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8              EASTERN DISTRICT OF CALIFORNIA
9

10    DURRELL ANTHONY PUCKETT,            Case No. 1:21-cv-01448-DAD-BAM (PC)

11              Plaintiff,                ORDER GRANTING MOTION FOR
                                          ADMINISTRATIVE RELIEF RE: SECOND
12         v.                             REQUEST FOR EXTENSION OF TIME TO
                                          FILE WAIVERS OF SERVICE OF PROCESS
13    BARAONA, *et al.*,
                                          (ECF No. 37)
14              Defendants.
                                          **Waivers of Service of Process Due: June 22,**
15                                        **2022**

16

17         Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

18   *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19   Plaintiff's first amended complaint against: (1) Defendants Baraona, Burneszki, Leos, Hernandez,

20   Diaz, and Doe 1 for excessive force in violation of the Eighth Amendment; (2) Defendant Leos

21   for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, Martinez,

22   E. Ruiz, Meiers, Gutierrez, A. Cruz, K. Cronister, and Jane Doe Nurse for failure to protect in

23   violation of the Eighth Amendment.

24         On March 17, 2022, the Court ordered electronic service on Defendants Baraona,

25   Burneszki, Leos, Hernandez, Diaz, A. Ruiz, Martinez, E. Ruiz, Meiers, Gutierrez, A. Cruz, and

26   K. Cronister and directed the California Department of Corrections and Rehabilitation ("CDCR")

27   to file a Notice of E-Service Waiver advising the Court which defendant(s) would be waiving

28   service of process without the need for personal service.  (ECF No. 17.)  That order also required

                                          1

the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of

the Notice of E-Service Waiver, a separate waiver of service of process for any defendant

waiving service under Federal Rule of Civil Procedure 4(d)(1).  (*Id.*)  CDCR returned the Notice

of E-Service Waiver indicating that Defendants Baraona, Burneszki, Leos, Hernandez, Diaz, A.

Ruiz, E. Ruiz, Gutierrez, and K. Cronister intend to waive service on April 21, 2022.  (ECF No.

22.)  Following an extension of time, waivers of service of process from the OAG for these

defendants were due on or before June 7, 2022.  (ECF No. 35.)

On June 6, 2022, waivers of service of process were returned executed for Defendants

Baraona, Burneszki, Leos, Diaz, A. Ruiz, and K. Cronister.  (ECF No. 36.)  The same date,

counsel for the OAG, by special appearance, filed a motion for administrative relief requesting a

second fifteen-day extension of time to file waivers of service of process for Defendants

Hernandez, E. Ruiz, and Gutierrez.  (ECF No. 37.)  Counsel from the OAG states that the

extension is necessary to determine whether the OAG will be representing these defendants in

this case.  Until that determination is made, the OAG is unable to file a waiver of service of

process on behalf of these defendants.  Counsel expects a second fifteen-day extension will allow

enough time to determine whether the OAG will be representing these defendants.  (*Id.*)

Having considered the request, the Court finds that there is good cause to grant an

extension of time for these defendants to file their waivers of service of process.  Fed. R. Civ. P.

6(b).  The Court further finds that Plaintiff will not be prejudiced by the brief extension.

Accordingly, the motion for a second extension of time, (ECF No. 37), is HEREBY

GRANTED.  Defendants Hernandez, E. Ruiz, and Gutierrez shall file waivers of service of

process on or before **June 22, 2022**.

IT IS SO ORDERED.

Dated:   **June 7, 2022**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

2