# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARAONA, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:21-cv-01448-DAD-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANTS FOR SERVICE OF PROCESS OR SHOW CAUSE WHY DOE DEFENDANTS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 21)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Baraona, Burneszki, Leos, Hernandez, Diaz, and Doe 1 for excessive force in violation of the Eighth Amendment; (2) Defendant Leos for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, Martinez, E. Ruiz, Meiers, Gutierrez, A. Cruz, K. Cronister, and Jane Doe Nurse for failure to protect in violation of the Eighth Amendment.

　　　　Defendants Baraona, Burneszki, Leos, Hernandez, Diaz, A. Ruiz, E. Ruiz, Gutierrez and K. Cronister have been served, and their response(s) to the first amended complaint are currently due on or before September 19, 2022.  (ECF No. 42.)  Electronic service has been ordered for

Defendants Martinez, Meiers, and A. Cruz.  (ECF No. 30.)

On March 17, 2022, the Court directed Plaintiff to provide the Court with written notice identifying Defendants Doe 1 and Jane Doe Nurse with enough information to locate the defendants for service of process.  (ECF No. 21.)  Plaintiff's written notice identifying these defendants was due on or before June 15, 2022.

As of the date of this order, Plaintiff has not submitted written notice identifying Defendants Doe 1 or Jane Doe Nurse for service of process.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall provide the Court with written notice identifying Defendants Doe 1 and Jane Doe Nurse with enough information to locate the defendants for service of process, or shall show cause in writing why Defendants Doe 1 and Jane Doe Nurse should not be dismissed from this action for failure to prosecute; and

2. **Plaintiff's failure to comply with this order will result in the dismissal of any unidentified defendants from this action.**

IT IS SO ORDERED.

Dated:   **June 30, 2022**                  /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2