1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

DURRELL ANTHONY PUCKETT,

12

Plaintiff,

13

v.

14

BARAONA, *et al.*,

15

Defendants.

16

Case No.  1:21-cv-01448-ADA-BAM (PC)

ORDER RESETTING DEADLINE FOR PLAINTIFF TO FILE MOTION TO SUBSTITUTE AND PROPOSED SECOND AMENDED COMPLAINT WITH INFORMATION IDENTIFYING DOE DEFENDANTS

**SIXTY (60) DAY DEADLINE**

17     Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

18  *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19  Plaintiff's first amended complaint against: (1) Defendants A. Baraona, R. Burnitzki,[1] R. Leos, H.

20  Hernandez, E. Diaz, and Doe 1 for excessive force in violation of the Eighth Amendment;

21  (2) Defendants R. Leos, for sexual assault in violation of the Eighth Amendment; and (3)

22  Defendants A. Ruiz, R. Martinez, E. Ruiz, G. Meier,[2] R. Gutierrez, J. Cruz, K. Allison

23  (Cronister), and Jane Doe Nurse for failure to protect in violation of the Eighth Amendment.  All

24  named defendants answered the complaint, (ECF No. 51), and discovery is now open, (ECF No.

25  56.)

26  ///

27

28
[1] Erroneously sued as "Burneszki."
[2] Erroneously sued as "Meiers."

1

On March 17, 2022, the Court directed Plaintiff to provide the Court with written notice identifying Defendants Doe 1 and Jane Doe Nurse with enough information to locate those defendants for service of process.  (ECF No. 21.)  When Plaintiff failed to provide such written notice, the Court issued an order requiring Plaintiff to show cause why Defendants Doe 1 and Jane Doe Nurse should not be dismissed for failure to prosecute.  (ECF No. 44.)  Plaintiff responded, stating that he could not get the names of the Doe Defendants until discovery, and provided some limited identifying information about Defendants Jane Doe Nurse and Doe 1. (ECF No. 48.)

The Court construed Plaintiff's response as a request for an extension of time to identify the Doe Defendants until discovery opened, and found it appropriate to extend the deadline for Plaintiff to identify the Doe Defendants.  (ECF No. 49.)  Now that discovery has been opened pursuant to the Court's October 24, 2022 discovery and scheduling order, the Court will reset the deadline for Plaintiff to provide the Court with identifying information for the two Doe Defendants.

Once Plaintiff identifies Defendants Doe 1 and Jane Doe Nurse, he should file a motion to substitute the identities of Defendants Doe 1 and Jane Doe Nurse, together with a proposed second amended complaint that includes their names in place of Doe 1 or Jane Doe Nurse.  If Plaintiff provides enough information to locate the defendants for service of process, the motion to substitute will be granted and the Court will direct the U.S. Marshal to serve these defendants. However, if Plaintiff fails to identify Defendants Doe 1 and Jane Doe Nurse, then any unidentified defendant(s) will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within **sixty (60) days** from the date of service of this order, Plaintiff shall file a motion to substitute the identities of Defendants Doe 1 and Jane Doe Nurse that provides the Court with enough information to locate them for service of process, together with a proposed second amended complaint substituting the names of Defendants Doe 1 and Jane Doe Nurse; and

///

1

2. **The failure to comply with this order will result in dismissal of any unidentified**

2     **defendant(s) from this action, without prejudice, for failure to serve with process**

3     **pursuant to Federal Rule of Civil Procedure 4(m).**

4

IT IS SO ORDERED.

5

6     Dated:   __October 25, 2022__         ___/s/ Barbara A. McAuliffe___

7                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28