# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>BARAONA, *et al.*,<br><br>Defendants. | Case No.  1:21-cv-01448-KES-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS AND DEFENDANTS' STATEMENT OF NON-OPPOSITION AS STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS<br><br>(ECF Nos. 101, 102)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE PLAINTIFF'S MOTION TO DISMISS AND TO TERMINATE DEFENDANTS CRUZ AND MARTINEZ FROM ACTION |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Baraona, Burnitzki,[1] Leos, Hernandez, and Diaz for excessive force in violation of the Eighth Amendment; (2) Defendant Leos for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, Martinez, E. Ruiz, Meier,[2] Gutierrez, Cruz, Allison (Cronister), and Price for failure to protect in violation of the Eighth Amendment.

On October 24, 2024, Plaintiff filed a motion to dismiss certain defendants.  (ECF No. 101.)  Plaintiff stated that he willfully dismisses officer Cruz and Dr. Martinez from this action, with prejudice.  (*Id.*)  On October 25, 2024, all Defendants filed a statement of non-opposition to Plaintiff's motion to dismiss Defendants Cruz and Martinez.  (ECF No. 102.)

---

[1] Erroneously sued as "Burneszki."
[2] Erroneously sued as "Meiers."

1

The Court construes Plaintiff's motion to dismiss, together with Defendants' statement of non-opposition, as a stipulation of dismissal of Defendants Cruz and Martinez, with prejudice, signed by all parties who have appeared, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF Nos. 101, 102.)  "[A] dismissal under Rule 41(a)(1) is effective on filing, [and] not court order is required[.]"  *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to dismiss, (ECF No. 101), and Defendants' statement of non-opposition, (ECF No. 102), are CONSTRUED as a stipulation of dismissal of Defendants Cruz and Martinez, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Defendants Cruz and Martinez are terminated from this action, with prejudice, by operation of law, without further order from the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

3. The Clerk of the Court is DIRECTED to:

   a. Terminate Plaintiff's motion to dismiss, (ECF No. 101), as unnecessary; and

   b. Terminate Defendants Cruz and Martinez from the docket; and

4. This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Baraona, Burnitzki, Leos, Hernandez, and Diaz for excessive force in violation of the Eighth Amendment; (2) Defendant Leos for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, E. Ruiz, Meier, Gutierrez, Allison (Cronister), and Price for failure to protect in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated:   **October 29, 2024**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

2