1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | Case No.  1:21-cv-01448-KES-BAM (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | **Date: May 15, 2025** |
| BARAONA, *et al.*, | **Time: 9:30 a.m.** |
| Defendants. | |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 25, 2025, Plaintiff's motion for summary judgment was denied.  (ECF Nos. 116, 121.)  This case is now ready to be set for a jury trial on Plaintiff's claims against: (1) Defendants Baraona, Burnitzki, Leos, Hernandez, and Diaz for excessive force in violation of the Eighth Amendment; (2) Defendant Leos for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, E. Ruiz, Meier, Gutierrez, Allison (Cronister), and Price for failure to protect in violation of the Eighth Amendment.

The Court will set a telephonic status conference for May 15, 2025, at 9:30 a.m. to discuss setting the relevant deadlines and trial date before District Judge Kirk E. Sherriff.

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is set for **May 15, 2025, at 9:30 a.m.** before the undersigned in Courtroom 8 (BAM);

2. The parties shall appear **telephonically (via Zoom)**;

3. Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4. **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**;

5. If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the Court by no later than **April 14, 2025**; and

6. The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated:   **March 26, 2025**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2