# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>BARAONA, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-01448-KES-BAM (PC)<br><br>ORDER DENYING MOTION FOR COURTESY COPIES<br><br>(ECF No. 136) |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case is set for a jury trial before District Judge Kirk E. Sherriff on March 10, 2026, on Plaintiff's claims against: (1) Defendants Baraona, Burnitzki, Leos, Hernandez, and Diaz for excessive force in violation of the Eighth Amendment; (2) Defendant Leos for sexual assault in violation of the Eighth Amendment; and (3) Defendants A. Ruiz, E. Ruiz, Meier, Gutierrez, Allison (Cronister), and Price for failure to protect in violation of the Eighth Amendment.

Currently before the Court is Plaintiff's motion for courtesy copies, filed June 4, 2025. (ECF No. 136.) Plaintiff requests free copies of his last few motions, specifically filings submitted in May 2025. Plaintiff states he cannot download them and does not have copies of submitted declarations that he can find thus far, rendering him not able to prevail on his case. The documents are needed in the interest of justice. (*Id.*)

1

Plaintiff is informed that he did not submit any documents, motions, or other filings during May 2025.

If Plaintiff is referring to documents submitted in April 2025, Plaintiff is reminded that the Clerk of the Court does not ordinarily provide free copies of case documents to parties, even those proceeding *in forma pauperis*. *See Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959.) Plaintiff is responsible for maintaining his own records for this proceeding. Plaintiff is informed that the Clerk charges $0.50 per page for copies of documents. *See* 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.

Accordingly, Plaintiff's motion for courtesy copies, (ECF No. 136), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **June 5, 2025**                          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE