UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br>　　　　　　Plaintiff,<br><br>v.<br><br>BARAONA, *et al.*,<br>　　　　　　Defendants. | Case No. 1:21-cv-01448-KES-FJS  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO PRODUCE<br>PLAINTIFF <u>DURRELL ANTHONY<br>PUCKETT, CDCR # G-05549, BY VIDEO<br>CONFERENCE (VIA ZOOM)</u><br><br>DATE: May 5, 2026<br>TIME:  3:00 p.m. |

　　　　<u>Durrell Anthony Puckett</u>, inmate, <u>CDCR #G-05549</u>, a necessary and material witness on his own behalf in a Trial Confirmation Hearing in this case on May 5, 2026, is confined at California Health Care Facility, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate <u>to appear by video conference (via Zoom)</u> before District Judge Kirk E. Sherriff on May 5, 2026, at 3:00 p.m.

　　　　ACCORDINGLY, IT IS ORDERED that:

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, <u>along with any necessary legal property, to appear by video conference (via Zoom)</u> to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

<u>To: The Warden of California Health Care Facility</u>

　　　　WE COMMAND you to produce the inmate named above, <u>along with any necessary legal property, to appear by video conference (via Zoom)</u> to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

　　　　FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　　**April 6, 2026**　　　　　／s／ *Frank J. Singer*　　　　　
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

