UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br>Plaintiff,<br><br>v.<br><br>BARAONA, *et al.*,<br>Defendants. | 1:21-cv-01448-KES-FJS (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT WITNESS DAVID BRINSON, CDCR # J-09563<br><br>DATE: May 12, 2026<br>TIME:  8:30 a.m. |

<u>David Brinson</u>, inmate, CDCR #J-09563, a necessary and material witness at a Jury Trial in this case on May 12, 2026, is confined at California Medical Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear <u>IN PERSON</u> in Courtroom #6, 7th Floor, United States District Court, 2500 Tulare Street, Fresno, California on May 12, 2026, at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, <u>along with any necessary legal property</u>, to appear <u>IN PERSON</u> to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of California Medical Facility

WE COMMAND you to produce the inmate named above, <u>along with any necessary legal property</u>, to appear <u>IN PERSON</u> to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **April 13, 2026**   /s/ *Frank J. Singer*
UNITED STATES MAGISTRATE JUDGE

