UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>BARAONA, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-01448-KES-FJS (PC)<br><br>ORDER VACATING TRIAL DATE, TRIAL CONFIRMATION HEARING DATE, AND DEADLINES SET IN PRETRIAL ORDER (ECF No. 156)<br><br>ORDER VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION AND TRANSPORTATION OF INMATES (ECF Nos. 167, 168, 169, 170, 173)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATORS<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN THIRTY (30) DAYS |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a Trial Confirmation Hearing on May 7, 2026, at 10:30 a.m. and a Jury Trial to begin on May 12, 2026, at 8:30 a.m., before District Judge Kirk E. Sherriff.

On May 4, 2026, Defendants filed a Notice of Settlement pursuant to Local Rule 160 indicating that the parties have resolved this matter. (ECF Nos. 179, 180.) Defendants request that all pending dates, including the May 12, 2026, trial date, be vacated. Defendants further request that the court extend the time for filing dispositional documents to thirty days, in light of Plaintiff's incarcerated status and the need for additional time to transmit documents to and from Plaintiff. Defendants also request that the court retain jurisdiction to enforce the settlement agreement in this case. (ECF Nos. 179, 180.)

In light of Defendants' Notice of Settlement, the court vacates the May 7, 2026, Trial Confirmation Hearing, the May 12, 2026, trial date, and all other deadlines set in the January 27, 2026, Pretrial Order. (ECF No. 156.) The court also vacates all writs of habeas corpus ad testificandum directing the production and transportation of Plaintiff and Plaintiff's inmate witnesses for all proceedings in this action. (ECF Nos. 167, 168, 169, 170, 173.)

Accordingly, it is HEREBY ORDERED as follows:

1. The Trial Confirmation Hearing set for May 7, 2026, at 10:30 a.m. is VACATED;

2. The Jury Trial set for May 12, 2026, at 8:30 a.m. is VACATED;

3. All deadlines set in the January 27, 2026, Pretrial Order, (ECF No. 156), are VACATED;

4. The second amended writ of habeas corpus ad testificandum directing the production of Plaintiff Durrell Anthony Puckett, inmate, CDCR #G-05549, to appear by video conference on May 7, 2026, at 10:30 a.m., (ECF No. 173), is VACATED;

5. The writ of habeas corpus ad testificandum directing the transportation of Plaintiff Durrell Anthony Puckett, inmate, CDCR #G-05549, for trial on May 12, 2026, at 8:30 a.m., (ECF No. 167), is VACATED;

6. The writ of habeas corpus ad testificandum directing the transportation of Nirran Wells, inmate, CDCR #AS-7049, for trial on May 12, 2026, at 8:30 a.m., (ECF No. 168), is VACATED;

7. The writ of habeas corpus ad testificandum directing the transportation of Arlington Anselmo Heyligar, inmate, CDCR #G-41610, for trial on May 12, 2026, at 8:30 a.m., (ECF No. 169), is VACATED;

2

8.  The writ of habeas corpus ad testificandum directing the transportation of <u>David Brinson, inmate, CDCR #J-09563</u>, for trial on May 12, 2026, at 8:30 a.m., (ECF No. 170), is VACATED;

9.  The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinators at California Health Care Facility, Mule Creek State Prison, Kern Valley State Prison, and California Medical Facility, and on the Litigation Coordinator of any other institution(s) which require this information; and

10. The parties shall file dispositional documents within <u>thirty (30) days</u> from the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 4, 2026**

UNITED STATES MAGISTRATE JUDGE

3